UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES ANTHONY DAVIS (SON), <br><br> Plaintiff, <br><br> -against- <br><br> HOSIE DAVIS, JR. (FATHER); BEULAH DAVIS (MOTHER), <br><br> Defendants. | 1:20-CV-8125 (LLS) <br><br> CIVIL JUDGMENT |

Pursuant to the order issued November 20, 2020, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. *See* 28 U.S.C. § 1915(g). Plaintiff continues to be barred from filing any federal civil action under the *in forma pauperis* statute while a prisoner unless he is under imminent danger of serious physical injury. *See id.*

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 29, 2021
         New York, New York

*Louis L. Stanton*
Louis L. Stanton
U.S.D.J.