UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES ANTHONY DAVIS (SON),<br><br>                        Plaintiff,<br><br>  -against-<br><br>HOSIE DAVIS JR. (FATHER); BEULAH DAVIS (MOTHER),<br><br>                       Defendants. | 1:20-CV-8125 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued September 7, 2021, dismissing this action for lack of subject-matter jurisdiction,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed for lack of subject-matter jurisdiction. Fed. R. Civ. P. 12(h)(3).

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    September 8, 2021
           New York, New York

                                                                  Louis L. Stanton
                                                                         Louis L. Stanton
                                                                            U.S.D.J.